# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cosemi Technologies, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Foxconn Interconnect Technology Limited, et al, <br><br> Defendant(s). | SACV 20-01822JVS(ADSx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>by February 1, 2021</u>, to reopen the action if settlement is not consummated.

DATED: 11/17/20

_____
James V. Selna
United States District Judge